**United States District Court**
**Violation Notice**

CVB Location Code EY-10

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 2609103 | P.O. Grant | G1231 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy) 07-02-2011  1505
Offense Charged ☐ CFR ☐ USC ☐ State Code
Title 18 USC 641

Place of Offense Bldg # 123 General Lee Av Ft. Hamilton, NY 11252

Offense Description Factual Basis for Charge
Larceny of Government Property (AAFES)    00433-20    HAZMAT ☐

11-PMC-352

### DEFENDANT INFORMATION    Phone ( )

Last Name Rogers    First Name Gary    M.I. K

Street Address

City East Meadow    State NY    Zip Code 11554    Date of Birth (mm/dd/yyyy)

Drivers License No    CDL ☐ D L State    Social Security No

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  Hair Bro  Eyes Bro  Height 5'7  Weight 143

### VEHICLE    VIN    CMV ☐

Tag No    State    Year    Make/Model    PASS ☐    Color

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)

Court Address TBD    Date (mm/dd/yyyy) SEP 27 2011 TBD
Time (hh:mm) TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _Gary Rogers_

Side margin: M 12 - 207
Right column vertical: 2609103

---

Handwritten notes (center):
BW 27 Sep 11  MM
40j
10/11/11
BW · 11 Oct 11  MM.
12/6
Adj 24 Jan 12
MMH 6 Dec 11
Adj 7 Feb 12
M. M. 24 Jan 12  20 Mar 12
Adj 28 Feb 12  MM·

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on July 2, 2011 while exercising my duties as a law enforcement officer in the _____ District of _____

At T/PID & security observed Rogers & via CCTV remove stated items, video games, movies etc, remove from shelf and conceal it in his front left pocket. Then exit the PX without rendering payment. Video tape observations after the fact by the undersigned officer.

The foregoing statement is based upon

☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 2011-07-02
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)    U S Magistrate Judge

CVB Scan 8/4/2011 13 47 09
HAZMAT = Hazardous material involved in incident    PASS = 9 or more passenger vehicle